ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVINA BROWN-JOHNSON,

                Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

20 Civ. 3310 (LLS)(SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/22

It having been reported to the Court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated:   New York, New York
            January 13, 2022

                                 Louis L. Stanton
                                 LOUIS L. STANTON
                                   U.S.D.J.  1/14/22